**Opinion issued April 2, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00878-CV**

———————————

## IN RE RONALD DEPINHO AND ANDREW DENNIS, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Ronald DePinho and Andrew Dennis, have filed a petition for writ of mandamus contending that respondent, the Honorable Robert Schaffer, abused his discretion in granting real party in interest's petition for pre-suit depositions

and authorizing depositions of relators pursuant to Texas Rule of Civil Procedure 202.[1]

We deny the petition for writ of mandamus. We vacate our order, issued on October 31, 2014, staying the trial court's October 14, 2014 order.


**PER CURIAM**


Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

---

[1]     The underlying proceeding is *In re William Bornmann*, Cause No. 2014-42165, in the 152nd District Court of Harris County, the Honorable Robert Schaffer presiding.